IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRIS WASHINGTON,

           Plaintiff,                     03cv0178

v.                                    **Electronically filed**

MR. STICKMAN, Supt., SCI-Greene,
MR. STOWITZKY, Deputy Supt.,
MAJOR CASNER, CAPTAIN COLEMAN,
MR. BURNS, Security Lieutenant,
MR. MATTHEWS, Hearing Examiner,
MR. ANSELL, Hearing Examiner, DOE #1
and MR. BRUNO, Activities Manager,

           Defendants.

### ORDER OF COURT DENYING RELIEF REQUESTED IN PLAINTIFF'S MOTION FOR STATUS CONFERENCE (DOC. NO. 124)

      Before the Court is Plaintiff's Motion for Status Conference (doc. no. 124). The Court previously scheduled a Status Conference for June 30, 2009, 2009, at 8:45 am. See doc. no. 123. So that a meaningful discussion may occur at the upcoming Status Conference, the Court directed plaintiff to amend or supplement his complaint on or before June 15, 2009, with Defendants to file their answer thereto on or before June 25, 2009.

      The issue that plaintiff seeks to raise at the Status Conference (see paragraph 3 in doc. no. 124) can be raised in an amended or supplemental complaint, and then discussion of said issue can take place at the scheduled Status Conference.

      Therefore, the Court DENIES Plaintiff's Motion for Status Conference (doc. no. 124), which seeks to delay filing an amended/ supplemental complaint until after a Status Conference has been held.

                                s/ Arthur J. Schwab
                                United States District Judge

cc: pro se plaintiff and all counsel of record